UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60987-RAR

**LISA JENSEN**,

    Plaintiff,

v.

**KILOLO KIJAKAZI**,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation ("Report") [ECF No. 30]. The Report recommends that Plaintiff's Motion for Summary Judgment ("Plaintiff's MSJ") [ECF No. 26] be denied and that Defendant's competing Motion for Summary Judgment ("Defendant's MSJ") [ECF No. 27] be granted. *See* Report at 1, 36. On July 26, 2021, Plaintiff timely filed Objections to the Report ("Objection") [ECF No. 31]. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 30] is **AFFIRMED AND ADOPTED** as explained herein.

## LEGAL STANDARD

This Court reviews *de novo* the determination of any disputed portions of the Magistrate Judge's Report. *United States v. Powell*, 628 F.3d 1254, 1256 (11th Cir. 2010). Any portions of the Report to which no specific objection is made are reviewed only for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A proper objection "identifie[s] specific findings set forth in the [Report] and articulate[s] a legal ground for objection." *Leatherwood v.*

*Anna's Linens Co.*, 384 F. App'x 853, 857 (11th Cir. 2010) (alterations and emphasis added; citations omitted).

## ANALYSIS

Upon due consideration of the record, including Judge Strauss's Report and Plaintiff's Objection thereto, the Court overrules the Objection and adopts the Report. The Court agrees with Judge Strauss's detailed and well-reasoned findings of fact and conclusions of law. The Report thoughtfully addresses all of the issues presented, and the Objection does not provide a basis for rejecting the Report.

## CONCLUSION

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's MSJ [ECF No. 26] is **DENIED**.

2. Defendant's MSJ [ECF No. 27] is **GRANTED**.

3. The Report [ECF No. 30] is **AFFIRMED AND ADOPTED**.

4. Plaintiff's Objection [ECF No. 31] is **OVERRULED**.

5. The ruling of the Commissioner is **AFFIRMED**.

6. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, final judgment will be entered by separate order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of July, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**